AO 450 (GAS Rev 10/03) Judgment in a Civil Case



# United States District Court
## *Southern District of Georgia*



BERNARD MOSS, SR.,

## JUDGMENT IN A CIVIL CASE

V.                                                CASE NUMBER:   2:18-cv-149

DAVID SEAWELL; CHRIS STEWART;
CHIEF OF POLICE; and CITY OF
BRUNSWICK,

☐  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑  **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

that in accordance with the Order of this Court dated June 15, 2020; the Report and

Recommendation of the Magistrate Judge is ADOPTED as the opinion of this Court. Therefore,

this Complaint is dismissed for failure to state a claim and Plaintiff is denied in forma pauperis

status on appeal. This civil action stands closed.

Approved by: _____
   HON. LISA GODBEY WOOD, JUDGE

_____
Date        June 16, 2020

John E. Triplett, Acting Clerk of Court
*Clerk*

_____
*(By) Deputy Clerk*

GAS Rev 10/1/03